**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
U.S.A.,                                                     :
                                                            :
              Plaintiffs,                                   :        08-cr-1171 (OTW)
                                                            :
        -against-                                           :        **ORDER**
                                                            :
KASHANI STOKLEY,                                            :
                                                            :
              Defendant.                                    :
                                                            :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Wednesday, August 12, 2026**

**at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.


        **SO ORDERED.**



                                                    _s/ Ona T. Wang_
Dated: July 1, 2026                                    **Ona T. Wang**
       New York, New York                       United States Magistrate Judge